# EXHIBIT A



**February 10, 2020**

**VIA CERTIFIED MAIL RETURN RECEIPT REQUESTED**

William G. Rosier
McLane Foodservice, Inc.
Chief Executive Officer
P.O. Box 6115
Temple, TX 76503

Dan Ball
McLane Foodservice, Inc.
General Manager
800 E. Pescadero Ave.
Tracy, CA 95304

Agent for Service of Process
McLane Food Service, Inc.
CT Corporation System
818 W. Seventh Street, Suite 930
Los Angeles, CA 90017

**RE: NOTICE OF VIOLATIONS AND INTENT TO FILE SUIT UNDER THE FEDERAL WATER POLLUTION CONTROL ACT ("CLEAN WATER ACT") (33 U.S.C. §§ 1251 *et seq*.)**

Dear Mr. Rosier and Mr. Ball:

This firm represents The California Sportfishing Protection Association ("CSPA"), a California non-profit public benefit conservation and research organization, in regard to violations of the Clean Water Act ("CWA" or "the Act") occurring at McLane Foodservice, Inc. industrial facility located at 800 E. Pescadero Avenue, Tracy, CA 95304 (the "Facility") with Waste Discharger Identification Number WDID 5S39I020697. The Facility primarily engages in industrial fabrication and storage of pile driving materials and related construction services for large-scale foundation and shoring projects in the commercial and infrastructure space. This letter is being sent to you as the responsible owners, officers, and/or operators of the Facility. Unless otherwise noted, McLane Foodservice, Inc. shall hereinafter be referred to as "McLane" and William G. Rosier and Dan Ball shall collectively be referred to as the "Owners/Operators."

CSPA is a non-profit public benefit conservation and research organization dedicated to the preservation, protection, and defense of the environment, wildlife, and natural resources throughout the state of California. Members of CSPA reside in the communities adjacent to the Old River San Joaquin River and the Clifton Court Forebay (Receiving Waters) into which McLane discharges polluted storm water.



As explained in detail below, McLane continuously discharges pollutants into the Receiving Waters, in violation of the Clean Water Act and the Storm Water Permit. CSPA members use the Receiving Waters to boat, fish, kayak, bird watch, view wildlife, hike, bike, walk and engage other recreational activities. Additionally, CSPA members use the Receiving Waters to engage in scientific study through pollution and habitat monitoring to promote restoration activities. The unlawful discharge of pollutants from the Facility into the Receiving Waters impairs CSPA members' use and enjoyment of these waters. Thus, the interests of CSPA's members have been, are being, and will continue to be adversely affected by McLane's failure to comply with the Clean Water Act and the Storm Water Permit.

McLane is in ongoing violation of the substantive and procedural requirements of the CWA, 33 U.S.C. § 1251 *et seq.*; and California's General Industrial Storm Water Permit, National Pollution Discharge Elimination System ("NPDES") General Permit No. CAS000001 ("General Permit"), Water Quality Order No. 97-03-DWQ ("1997 General Permit"), as superseded by Order No. 2015-0057-DWQ ("2015 General Permit").[1]

The 1997 General Permit was in effect between 1997 and June 30, 2015, and the 2015 General Permit went into effect on July 1, 2015. As will be explained below, the 2015 General Permit includes many of the same fundamental requirements, and implements many of the same statutory requirements, as the 1997 General Permit. Violations of the General Permit constitute ongoing violations for purposes of CWA enforcement. 2015 General Permit, Finding A.6.

Pursuant to Section 309(d) of the Act (33 U.S.C. § 1319(d)) and the Adjustment of Civil Monetary Penalties for Inflation (40 C.F.R. § 19.4), each separate violation of the CWA occurring before November 2, 2015 commencing five years prior to the date of this Notice of Violation and Intent to File Suit subjects McLane to a penalty of up to $37,500 per day; violations occurring after November 2, 2015 and assessed on or after January 15, 2018 subjects McLane to a penalty of up to $53,484 per day. In addition to civil penalties, CSPA will seek injunctive relief preventing further violations of the Act pursuant to Sections 505(a) and (d) of the Act (33 U.S.C. §§ 1365(a), (d)) and such other relief as permitted by law. Lastly, Section 505(d) of the Act (33 U.S.C. § 1365(d)) permits prevailing parties to recover costs and fees, including attorneys' fees.

The CWA requires that sixty (60) days prior to the initiation of a citizen-enforcement action under Section 505(a) of the Act (33 U.S.C. § 1365(a)), a citizen enforcer must give notice of its intent to file suit. Notice must be given to the alleged violator, the U.S. Environmental Protection Agency, and the Chief Administrative Officer of the water pollution control agency for the State in which the violations occur. *See* 40 C.F.R. 135.2.

---

[1] McLane submitted a Notice of Intent to comply with the General Permit for the Facility on or about August 11, 2016.



As required by the Act, this letter provides statutory notice of the violations that have occurred, and continue to occur, at the Facility. 40 C.F.R. § 135.3(a). At the expiration of sixty (60) days from the date of this letter, CSPA intends to file suit under Section 505(a) of the Act (33 U.S.C. § 1365(a)) in federal court against Covey Auto for violations of the Act and the General Permit.

## I. Background

### A. The Clean Water Act

Congress enacted the CWA in 1972 in order to "restore and maintain the chemical, physical, and biological integrity of the Nation's waters." 33 U.S.C. § 1251. The Act prohibits the discharge of pollutants into United States waters except as authorized by the statute. 33 U.S.C. § 1311; *San Francisco Baykeeper, Inc. v. Tosco Corp*., 309 F.3d 1153, 1156 (9th Cir. 2002). The Act is administered largely through the NPDES permit program. 33 U.S.C. § 1342. In 1987, the Act was amended to establish a framework for regulating storm water discharges through the NPDES system. Water Quality Act of 1987, Pub. L. 100-4, § 405, 101 Stat. 7, 69 (1987) (codified at 33 U.S.C. § 1342(p)); *see also Envtl. Def. Ctr., Inc. v. EPA*, 344 F.3d 832, 840-41 (9th Cir. 2003) (describing the problem of storm water runoff and summarizing the Clean Water Act's permitting scheme). The discharge of pollutants without an NPDES permit, or in violation of a NPDES permit, is illegal. *Ecological Rights Found. v. Pac. Lumber Co*., 230 F.3d 1141, 1145 (9th Cir. 2000).

Much of the responsibility for administering the NPDES permitting system has been delegated to the states. *See* 33 U.S.C. § 1342(b); *see also* Cal. Water Code § 13370 (expressing California's intent to implement its own NPDES permit program). The CWA authorizes states with approved NPDES permit programs to regulate industrial storm water discharges through individual permits issued to dischargers, as well as through the issuance of a single, statewide general permit applicable to all industrial storm water dischargers. 33 U.S.C. § 1342(b). Pursuant to Section 402 of the Act, the Administrator of EPA has authorized California's State Board Water Resource Control Board ("State Board") to issue individual and general NPDES permits in California. 33 U.S.C. § 1342. The Board coordinates with the Central Valley Regional Water Quality Control Board ("Regional Board"), which has shared jurisdiction over the Facility for state and federal water pollution control efforts.

### B. California's General Permit for Storm Water Discharges Associated with Industrial Activities

Between 1997 and June 30, 2015, the General Permit in effect was Order No. 97-03-DWQ, which CSPA refers to as the "1997 General Permit." On July 1, 2015, pursuant to Order No. 2015-0057-DWQ, the General Permit was reissued, including

many of the same fundamental terms as the prior permit. For the purposes of this notice letter, CSPA refers to the reissued permit as the "2015 General Permit." The 2015 General Permit rescinded in whole the 1997 General Permit, except for the expired permit's requirement that annual reports be submitted by July 1, 2015, and for the purposes of CWA enforcement. 2015 General Permit, Finding A.6.

Facilities discharging, or having the potential to discharge, storm water associated with industrial activities that have not obtained an individual NPDES permit must apply for coverage under the General Permit by filing a Notice of Intent to Comply ("NOI"). 1997 General Permit, Provision E.1; 2015 General Permit, Standard Condition XXI.A. Facilities must file their NOIs before the initiation of industrial operations. *Id.*

Facilities must strictly comply with all of the terms and conditions of the General Permit. A violation of the General Permit is a violation of the CWA. The General Permit contains three primary and interrelated categories of requirements: (1) discharge prohibitions, receiving water limitations and effluent limitations; (2) Storm Water Pollution Prevention Plan ("SWPPP") requirements; and (3) self-monitoring and reporting requirements. Beginning under the 2015 General Permit Facilities must submit Exceedance Response Action Plans ("ERA Report") to the State Board outlining effective plans to reduce pollutants if a Facility reports a pollutant above the Numeric Action Level ("NAL"). An annual NAL exceedance occurs when the average of all the analytical results for a parameter from samples taken within a reporting year[2] exceeds the annual NAL value for that parameter. An instantaneous maximum NAL exceedance occurs when two (2) or more analytical results from samples taken for any single parameter within a reporting year exceed the instantaneous maximum NAL value or are outside of the instantaneous maximum NAL range for pH. 2015 General Permit XII.A.

### C. McLane's Industrial Facility

McLane's Facility is located on 800 E. Pescadero Avenue in Tracy, San Joaquin County. The Facility primarily engages in refrigerated food storage and transportation. Pursuant to the Facility's Notice of Intent to comply with the General Permit the Facility encompasses approximately 91 acres, with 22 acres exposed to storm water. Scheduled facility operating hours are Monday through Friday, 3:00 AM to 11:00 PM, excluding holidays, and Saturday from 8:00 AM to 4:30 PM.

According to The Facility's Notice of Intent to Comply with the General Permit ("NOI") and Storm Water Pollution Prevention Plan ("SWPPP") McLane operates under Standard Industrial Classification (SIC) Code 4222, covering establishments primarily engaged in refrigerated warehousing and storage. Under this SIC Code 4222, the General Permit requires McLane to analyze storm water samples for total suspended solids ("TSS"), pH, and oil and grease. Facilities must also sample and analyze for

[2] A reporting year under the General Permit is July 1 to June 30.

additional parameters identified on a facility specific basis to reflect pollutant a source assessment, due to receiving water impairments, or as required by the Regional Board. 1997 General Permit, Section B.5.c.i; 2015 General Permit, Section XI.B.6. McLane also samples for ammonia and chemical oxygen demand ("COD"). The Old River is impaired for chlorpyrifos, low dissolved oxygen, electrical conductivity, and total dissolved solids.

Industrial activities at the Facility occur in the following industrial areas at the Facility: the loading and unloading dock, warehouse, general storage areas for pallets and other industrial materials, trailer and vehicle parking and storage areas, the trash compactor and general waste storage area, fueling and truck wash areas, the hazardous waste storage area, flammable materials storage, and areas used for fueling and maintaining ammonia refrigeration units, including the ammonia tanks area on near the southwest corner of the warehouse, and the fueling area. The Facility also has an office and an internal engine room with points of exhaust on the roof of the warehouse. Large exhaust units also exist on the center section of the warehouse roof for, upon information and belief, large heating and cooling units that may release pollutants from inside the warehouse to the roof surface of surrounding surfaces of the Facility where they can contact storm water and discharge to the Receiving Waters.

Industrial activities at the Facility include vehicle washing, storage of frozen food in truck trailers and the warehouse, vehicle fueling, vehicle traffic, loading and uploading of foods and industrial materials to support the refrigeration operation and Facility maintenance—forklifts are in heavy use, ammonia use in refrigeration, and hazardous materials use and hazardous waste accumulation and storage. Diesel trucks may leak oil and other fluids and track pollutants on and off the Facility. Ammonia may leak from the storage tanks or refrigeration units during refilling processes and general

Potential pollutants at the Facility include oil and grease, diesel fuel, solvents, paints, suspended solids from traffic and sediment accumulation, batteries and electronic waste, empty cannisters, dust and debris from industrial activities at the Facility, including vehicle traffic and dust from onsite and dust from the surrounding roadways migrating to the Facility.

According to site maps included as a part of the Facility's SWPPP, the Facility is divided into five (5) drainage areas. Storm water associated with industrial activities pursuant to the General Permit are collected primarily through a series of drain inlets ("DI's") at the Facility which each appear to flow to a single discharge point on the eastern side of the Facility. The drainage areas are as follows: Zone A is in the north section of the Facility and drains in a southward toward industrial DI's one, two, and three, as identified on the publicly available Facility map. Zone B is adjacent to the warehouse on the south side of the Facility. Despite two DI's in Zone B, storm water is said to pool in a swale and infiltrate. Zone C is located directly to the south of Zone B, and is claimed to be non-industrial despite a lack of any boarder between Zone B and

Zone C. Storm water from Zone C, and presumably Zone B, migrates to an underground storm water conveyance and discharges from the Facility to the same ditch as Zone A, to the east of the Facility where it flows into a canal named Sugar Cut, and shortly thereafter, into Old Creek. Storm water discharging from Zones B and C is not sampled.

## II. McLane's Violations of the Act and the General Permit

Based on its review of available public documents, CSPA is informed and believes that McLane is in ongoing violation of both the substantive and procedural requirements of the CWA, and the General Permit. These violations are ongoing and continuous. Consistent with the five-year statute of limitations applicable to citizen enforcement actions brought pursuant to the CWA, McLane is subject to penalties for violations of the Act since February 10, 2015. CSPA expects to identify additional storm water discharges conveying pollutants to the Receiving Waters in violation of the CWA through further investigation of the Facility and as this matter progresses through the rainy season.

### A. McLane Discharges Storm Water Containing Pollutants in Violation of the General Permit's Discharge Prohibitions, Receiving Water Limitations, and Effluent Limitations

McLane's storm water sampling results provide conclusive evidence of its failure to comply with the General Permit's discharge prohibitions, receiving water limitations and effluent limitations. Self-monitoring reports under the General Permit are deemed "conclusive evidence of an exceedance of a permit limitation." *Sierra Club v. Union Oil*, 813 F.2d 1480, 1493 (9th Cir. 1988).

#### 1. Applicable Water Quality Standards

The General Permit requires that storm water discharges and authorized non-storm water discharges shall not cause or threaten to cause pollution, contamination, or nuisance. 1997 General Permit, Discharge Prohibition A.2; 2015 General Permit, Discharge Prohibition III.C. The General Permit also prohibits discharges that violate any discharge prohibition contained in the applicable Regional Board's Basin Plan or statewide water quality control plans and policies. 1997 General Permit, Receiving Water Limitation C.2; 2015 General Permit, Discharge Prohibition III.D. Furthermore, storm water discharges and authorized non-storm water discharges shall not adversely impact human health or the environment, and shall not cause or contribute to a violation of any water quality standards in any affected receiving water. 1997 General Permit, Receiving Water Limitations C.1, C.2; 2015 General Permit, Receiving Water Limitations VI.A, VI.B.

Dischargers are also required to prepare and submit documentation to the Regional Board upon determination that storm water discharges are in violation of the General Permit's Receiving Water Limitations. 1997 General Permit, p. VII; 2015 General Permit, Special Condition XX.B. The documentation must describe changes the discharger will make to its current storm water best management practices ("BMPs") in order to prevent or reduce any pollutant in its storm water discharges that is causing or contributing to an exceedance of water quality standards. *Id*.

The California Toxics Rule ("CTR") is an applicable water quality standard under the Permit, the violation of which is a violation of Permit conditions. Cal. Sportfishing Prot. Alliance v. Chico Scrap Metal, Inc., 2015 U.S. Dist. LEXIS 108314, *21 (E.D. Cal. 2015) CTR establishes numeric receiving water limits for toxic pollutants in California surface waters. 40 C.F.R. § 131.38. The CTR establishes a numeric limit for at least one of the pollutants thought to be discharged by McLane, given the truck traffic, large roof and alleged roof-water run-on from the large warehouse next door to the Facility: Zinc—0.12 mg/L (maximum concentration).

The *Water Quality Control Plan for the Sacramento River and San Joaquin River Basins* ("Basin Plan") also sets forth water quality standards and prohibitions applicable to McLane's storm water discharges. The Basin Plan identifies existing and potential Beneficial Uses for water bodies in the San Joaquin River Basin such as the Old River and Clifton Court Forebay such as contact and non-contact water recreation, wildlife habitat, cold and warm freshwater habitat, spawning, municipal supply (Basin Plan, Table 2-1.)

As noted above, the Old River is impaired for chlorpyrifos, low dissolved oxygen, electrical conductivity, and total dissolved solids. The Delta is connected to the Old River downstream. The Delta is California's most crucial water and ecological resource and is listed for numerous impairments on the 2016 303(d) list of impaired waterbodies. Those impairments are available here: https://www.waterboards.ca.gov/water_issues/programs/tmdl/integrated2014_2016.shtml?wbid=CAE2071001019980929134510.

### 2. Applicable Effluent Limitations

Dischargers are required to reduce or prevent pollutants in their storm water discharges through implementation of best available technology economically achievable ("BAT") for toxic and nonconventional pollutants and best conventional pollutant control technology ("BCT") for conventional pollutants. 1997 General Permit, Effluent Limitation B.3; 2015 General Permit, Effluent Limitation V.A. Conventional pollutants include Total Suspended Solids, Oil & Grease, pH, Biochemical Oxygen Demand and Fecal Coliform. 40 C.F.R. § 401.16. All other pollutants are either toxic or nonconventional. 40 C.F.R. §§ 401.15-16.



Under the General Permit, benchmark levels established by the EPA ("EPA benchmarks") serve as guidelines for determining whether a facility discharging industrial storm water has implemented the requisite BAT and BCT. *Santa Monica Baykeeper v. Kramer Metals,* 619 F.Supp.2d 914, 920, 923 (C.D. Cal 2009); 1997 General Permit, Effluent Limitations B.5-6; 2015 General Permit, Exceedance Response Action XII.A.

The following EPA benchmarks have been established for pollutants discharged by McLane: ammonia—2.14 mg/L; total suspended solids—100 mg/L; zinc—0.117 mg/L; iron—1 mg/L; copper—0.0123 mg/L, chemical oxygen demand—120 mg/L, and pH—6-9 s.u,. The Basin Plan's Water Quality Standards require a narrower pH range of 6.5—8.5 pH units and lower limit of 0.3 mg/L for Iron (Basin Plan).

**3. McLane's Storm Water Sample Results**

As detailed above, McLane's SWPPP identifies two discharge points, with the southern discharge point claimed to carry only storm water from non-industrial areas and thus not sampled. Storm water from both discharge points, flows into a drainage ditch, which connects to Sugar Cut and then the Old River. The Old River flows to Clifton Court Forebay. Sugar Cut, the Old River and Clifton Court Forebay are waters of the United States.

Except as provided in Section XI.C.4 of the 2015 Permit, samples shall be collected from each drainage area at all discharge locations. The samples must be: a) Representative of storm water associated with industrial activities and any commingled authorized non-storm water discharges; or, b) Associated with the discharge of contained storm water.

The following discharges of pollutants from the Facility have violated the discharge prohibitions, receiving water limitations, and effluent limitations of the Permit.

**a. Discharges of Storm Water Containing Total Suspended Solids (TSS) at Concentrations in Excess of Applicable EPA Benchmark Value**

| Date | Discharge Point | Parameter | Concentration in Discharge (mg/L) | EPA Benchmark Value (mg/L) |
|---|---|---|---|---|
| 4/1/2019 | Outfall 1 | TSS | 119 | 100 |
| 2/8/2019 | Outfall 1 | TSS | 110 | 100 |
| 2/1/2019 | Outfall 1 | TSS | 318 | 100 |
| 3/1/2018 | Outfall 1 | TSS | 674 | 100 |
| 3/14/2018 | Outfall 1 | TSS | 190 | 100 |
| 2/26/2018 | Outfall 1 | TSS | 130 | 100 |



| Date | Discharge Point | Parameter | Concentration in Discharge (mg/L) | EPA Benchmark Value (mg/L) |
|---|---|---|---|---|
| 2/17/2017 | Outfall 1 | TSS | 1700 | 100 |
| 12/10/2016 | Outfall 1 | TSS | 213 | 100 |

**b.    Discharges of Storm Water Containing Oil and Grease (O&G) at Concentrations in Excess of Applicable EPA Benchmark Value**

| Date | Discharge Point | Parameter | Concentration in Discharge (mg/L) | EPA Benchmark Value (mg/L) | Instantaneous Maximum Value (mg/L) |
|---|---|---|---|---|---|
| 4/1/2019 | Outfall 1 | O&G | 30 | 15 | 25 |
| 2/1/2019 | Outfall 1 | O&G | 16 | 15 | 25 |

**c.    Discharges of Storm Water Containing Chemical Oxygen Demand (COD) at Concentrations in Excess of Applicable EPA Benchmark Value**

| Date | Discharge Point | Parameter | Concentration in Discharge (mg/L) | EPA Benchmark Value (mg/L) |
|---|---|---|---|---|
| 4/1/2019 | Outfall 1 | COD | 540 | 120 |
| 4/16/2018 | Outfall 1 | COD | 340 | 120 |
| 3/14/2018 | Outfall 1 | COD | 200 | 120 |
| 3/1/2018 | Outfall 1 | COD | 170 | 120 |
| 2/17/2017 | Outfall 1 | COD | 450 | 120 |
| 12/10/2016 | Outfall 1 | COD | 200 | 120 |

McLane's sample results demonstrate violations of the General Permit's discharge prohibitions, receiving water limitations, and effluent limitations set forth above. CSPA is informed and believes that the McLane has known that its storm water contains pollutants at levels exceeding General Permit standards since at least February 10, 2015. Total suspended solids have been analyzed at multiples of 17 and 6.7 times the NAL, while chemical oxygen demand has been recorded at 4.5 and 3.75 times the NAL. Oil & grease exceeded the NAL twice last reporting season, once at double the NAL value.

CSPA alleges that such violations occur each time storm water or non-storm water discharges from the Facility. Attachment A hereto, sets forth the specific rain dates on which CSPA alleges that McLane has discharged storm water containing



impermissible levels of impermissible levels of total suspended solids chemical oxygen demand, oil & grease, copper, iron, and zinc in violation of the General Permit.1997 General Permit, Discharge Prohibition A.2, Receiving Water Limitations C.1 and C.2; 2015 General Permit, Discharge Prohibitions III.C and III.D, Receiving Water Limitations VI.A, VI.B.

Because McLane recorded averages of testing above Numeric Action Levels exceedances for total suspended solids and chemical oxygen demand during the 2016-2017 and 2017-2018 reporting years, the Facility is currently at Exceedance Response Action Level 2 for those parameters. In the 2016-2017 reporting year the Facility entered ERA Level 1 for the same set of parameters. In fact, the Facility will remain in Level 2 for total suspended solids and chemical oxygen following the 2018-2019 reporting year following another year of poor results. As previously noted, the Facility also entered Level 1 for oil & grease following the 2018-2019 reporting year after both averaging over the Numeric Action Level of 15 mg/L and exceeding the Instantaneous Maximum Numerical Action Level on 25 mg/L. Concerningly, the Facility's recent storm water analytical reports from 2019, do not contain analysis and results for ammonia, with ammonia results in a spreadsheet downloaded from via the State Board's Storm Water Multiple Application and Report Tracking System ("SMARTS") showing a row for ammonia but a blank cell where the results should have been reported. This, despite the heavy use of ammonia at the Facility.

### 4.    McLane Has Failed to Implement BAT and BCT

Dischargers must implement adequate BMPs that fulfill the BAT/BCT requirements of the CWA and the General Permit to reduce or prevent discharges of pollutants in their storm water discharges. 1997 General Permit, Effluent Limitation B.3; 2015 General Permit, Effluent Limitation V.A. To meet the BAT/BCT standard, dischargers must implement minimum BMPs and any advanced BMPs set forth in the General Permit's SWPPP Requirements provisions where necessary to reduce or prevent pollutants in discharges. *See* 1997 General Permit, Sections A.8.a-b; 2015 General Permit, Sections X.H.1-2. Sampling results of orders of magnitude in excess of benchmark levels, as reported by McLane, are evidence that McLane does not have BMPs that achieve BAT/BCT (*Santa Monica Baykeeper v. Kramer Metals, Inc.* 619 F. Supp. 2d 914. 925 (C.D. Cal., 2009.)

McLane has failed to implement the minimum BMPs required by the General Permit, including good housekeeping requirements; preventive maintenance requirements; spill and leak prevention and response requirements; material handling and waste management requirements; erosion and sediment controls; employee training and quality assurance; and record keeping. 1997 General Permit, Sections A.8.a(i–x); 2015 General Permit, Sections X.H.1(a–g).



McLane has further failed to implement advanced BMPs necessary to reduce or prevent discharges of pollutants in its storm water sufficient to meet the BAT/BCT standards, including: exposure minimization BMPs; containment and discharge reduction BMPs; treatment control BMPs; or other advanced BMPs necessary to comply with the General Permit's effluent limitations. 1997 General Permit, Section A.8.b; 2015 General Permit, Sections X.H.2. There are no advanced BMPs currently in use at the Facility. The Facility SWPPP references cover, yet the only cover at the Facility is the warehouse.

Each day the Owners/Operators have failed to develop and implement BAT and BCT at the Facility in violation of the General Permit is a separate and distinct violation of Section 301(a) of the CWA (33 U.S.C. § 1311(a)). The violations described above were at all times in violation of Section A of the 1997 General Permit, and Section X of the 2015 General Permit. Accordingly, the Owners/Operators have been in violation of the BAT and BCT requirements at the Facility every day since at least February 10, 2015.

**5.  McLane Has Failed to Develop and Implement an Adequate Storm Water Pollution Plan**

The General Permit requires dischargers to develop and implement a site-specific SWPPP. 1997 General Permit, Section A.1; 2015 General Permit, Section X.A. The SWPPP must include, among other elements: (1) the facility name and contact information; (2) a site map; (3) a list of industrial materials; (4) a description of potential pollution sources; (5) an assessment of potential pollutant sources; (6) minimum BMPs; (7) advanced BMPs, if applicable; (8) a monitoring implementation plan; (9) annual comprehensive facility compliance evaluation; and (10) the date that the SWPPP was initially prepared and the date of each SWPPP amendment, if applicable. *See id.*

Dischargers must revise the Facility's SWPPP whenever necessary, and certify and submit SMARTS their SWPPP within 30 days whenever the SWPPP contains significant revisions(s); and, certify and submit via SMARTS any non-significant revisions not more than once every three (3) months in the reporting year. 2015 General Permit, Section X.B; see also 1997 General permit, Section A.

CSPA's investigation indicates that McLane has been operating with an inadequately developed or implemented SWPPP in violation of General Permit requirements since at least February 10, 2015. McLane has failed to evaluate the effectiveness of its BMPs and to revise its SWPPP as necessary, resulting in the Facility's unlawful effluent limitation violations. The Facility's 2019 SWPPP and most recent ERA Report list no substantive advanced BMPs, or plans for advanced BMPs, despite the Facility's multiple years in Level 2. Advanced BMPs are primarily structural BMPs consisting of treatment control BMPs, exposure reduction BMPs, and storm water containment and discharge reduction BMPs.



Last, the General Permit requires a permittee whose discharges violate the General Permit's Receiving Water Limitations to implement additional BMPs or other control measures, in order to attain compliance with the receiving water limitation identifying what additional BMPs will be implemented to achieve water quality standards, along with an implementation schedule. 2015 General Permit Section I.E, which would then be incorporated into the Facility SWPPP. Information available to CSPA indicates that the Facility Owners/Operators failed to implement any additional BMPs as required by the 2015 General Permit. As such, the Owners and/or Operators are in daily violation of this requirement of the General Permit.

Each day the Owners/Operators failed to develop and implement an adequate SWPPP is a violation of the General Permit. The SWPPP violations described above were at all times in violation of Section A of the 1997 General Permit, and Section X of the 2015 General Permit. The Owners/Operators have been in violation of these requirements at the Facility every day since at least February 10, 2015.

**6. McLane has Failed to Develop, Implement, and/or Revise an Adequate Monitoring and Reporting Program**

Section B(1) and Provision E(3) of the 1997 Permit required Facility Owners/Operators to develop and implement an adequate Monitoring and Reporting Program. Similarly, Section X.I of the 2015 General Permit requires Facility Owners/Operators to develop and implement a Monitoring Implementation Plan ("MIP"). The primary objective of the monitoring and reporting requirements is to detect and measure the concentrations of pollutants in a facility's discharge to ensure compliance with the Storm Water Permit's Discharge Prohibitions, Effluent Limitations, and Receiving Water Limitations. *See* 1997 General Permit, Section B(2); 2015 IGP Fact Sheet, Section II.J(1). Monitoring undertaken must therefore determine whether pollutants are being discharged, and whether response actions are necessary, and must evaluate the effectiveness of BMPs. *See* 2015 General Permit, Section I.J(56).

Sections B(5) and B(7) of the 1997 General Permit, and Section XI.A of the 2015 General Permit, require dischargers to visually observe and collect samples of storm water from all locations where storm water is discharged. Under XI.B of the 2015 General Permit, the Facility Owners/Operators are required to collect at least two (2) samples from each discharge location at their Facility during the first half of the reporting year, and then again during the second half of the reporting year. Storm water samples must be analyzed for total suspended solids, pH, oil & gas, and other pollutants that are likely to be present in the Facility's discharges in significant quantities, and as required under the General Permit pursuant to a Facility SIC Code. *See* 2015 General Permit, Section XI.B(6). For the past two reporting years, the Facility Owners/Operators have failed to sample and report storm water discharge analysis in



the first half of the reporting year, in violation of the General Permit and the Facility has recently neglected to sample for ammonia.

The Facility Owners/Operators have been conducting operations at the Facility with an inadequately developed, implemented, and/or revised MIP. Upon information and belief, the Facility Owners/Operators did not sample storm water at all during the 2014-2015 reporting year, only a single storm water sample was analyzed. In the 2015-2016 reporting year, the first year under the 2015 General Permit, no samples from the Facility were analyzed. In the 2016-2017 reporting year, only three storm water samples were analyzed. In the 2017-2018 reporting year each of the samples were taken in 2018, thought the Facility's annual report notes that all samples were collected in accordance with Section XI.B.5 of the General Permit which requires two samples be taken in the first half of the reporting year. The same thing happened in the 2018-2019 reporting year, with all of the samples taken in 2019. There are no samples available from the Facility on SMARTS as yet for the 2019-2020 reporting year. This lack of sampling despite ample storm events in each of those years. *See* Attachment A

The Facility Owners'/Operators' failure to conduct sampling and monitoring as required by the General Permit demonstrates that it has failed to develop, implement, and/or revise an MIP that complies with the requirements of Section B and Provision E(3) of the 1997 General Permit and Section XI of the 2015 General Permit. Every day that the Facility Owners/Operators conduct operations in violation of the specific monitoring requirements of the 1997 Permit or the 2015 General Permit, or with an inadequately developed and/or implemented MIP, is a separate and distinct violation of the 1997 General Permit or the 2015 General Permit, and the Clean Water Act. The Facility Owners/Operators have been in daily and continuous violation of the General Permit's MIP requirements every day since at least February 10, 2015. These violations are ongoing, and CSPA will include additional violations when information becomes available, including specifically continuing violations of the 2015 General Permit monitoring requirements (*see* 2015 General Permit, Section XI.). The Facility Owners/Operators are subject to civil penalties for all violations of the Clean Water Act occurring since February 10, 2015.

**7. Failure to Comply with the Storm Water Permit's Reporting Requirements**

Section B(14) of the 1997 General Permit and Section XVI of the 2015 Permit requires a permittee to submit an Annual Report to the Regional Board by July 1 of each year. Section B(14) requires that the Annual Report include a summary of visual observations and sampling results, an evaluation of the visual observation and sampling results, the laboratory reports of sample analysis, the annual comprehensive site compliance evaluation report, an explanation of why a permittee did not implement any activities required, and other information specified in Section B(13). The 2015 General Permit includes the same general annual reporting requirement. *See* 2015 General



Permit, Section XVI. The Facility operators must report any noncompliance with the General Permit at the time that the Annual Report is submitted, including 1) a description of the noncompliance and its cause, 2) the period of noncompliance, 3) if the noncompliance has not been corrected, the anticipated time it is expected to continue, and 4) steps taken or planned to reduce and prevent recurrence of the noncompliance. 1997 General Permit, Section C(11)(d). From information available on SMARTS, it appears that the Facility Owners/Operators have failed to submit an Annual Report for the 2018-2019 reporting year. The Facility Owners/Operators have submitted at least two previous annual reports late and received notices of non-compliance from the Regional Board in each instance but for the 2018-2019 reporting, thereby violating the procedural requirements of Section XVI of the 2015 General Permit.

Last, information available to CSPA indicates that the Facility Owners/Operators have failed to accurately report their non-compliance with the General Permit and correctly report storm water sampling analysis compliance in the Facility's Annual Reports. Further, the Facility ERA Reports resulting from samples recorded in the 2016-2017 and 2017-2018 reporting years were insufficient, as evidenced by subsequent storm water sampling results. Last, data uploaded to SMARTS suggests that the Facility has history of late reporting or non-reporting. As such, the Owners/Operators are in daily violation of the General Permit. Every day the Facility Owners/Operators conduct operations at the Facility without reporting as required by the General Permit is a separate and distinct violation of the General Permit and Section 301(a) of the Clean Water Act, 33 U.S.C. §1311(a). The Facility Owners/Operators have been in daily and continuous violation of the General Permit's reporting requirements every day since at least February 10, 2015. These violations are ongoing, and CSPA will include additional violations when information becomes available, including specifically violations of the 2015 General Permit reporting requirements (*see* 2015 General Permit, Section XVI.). The Facility Owners/Operators are subject to civil penalties for all violations of the Clean Water Act occurring since February 10, 2015.

## III. Persons Responsible for the Violations

CSPA puts McLane on notice that it is the entity responsible for the violations described above. If additional persons are subsequently identified as also being responsible for the violations set forth above, CSPA puts McLane on formal notice that it intends to include those persons in this action.

## IV. Name and Address of Noticing Party

The name, mailing address, and telephone number of the noticing party is as follows:

Bill Jennings, Executive Director
California Sportfishing Protection Alliance



3536 Rainier Ave,
Stockton, CA 95204
(209) 464-5067
www.calsport.org

**V. Counsel**

CSPA has retained legal counsel to represent it in this matter. Please direct all communications to:

Anthony M. Barnes
Aqua Terra Aeris Law Group
490 43rd Street, Suite 108
Oakland, CA 94609
(917) 371-8293
amb@atalawgroup.com

**VI. Conclusion**

CSPA believes this Notice of Violations and Intent to File Suit sufficiently states grounds for filing suit. We intend to file a citizen suit under Section 505(a) of the CWA against McLane and its agents for the above-referenced violations upon the expiration of the 60-day notice period. If you wish to pursue remedies in the absence of litigation, we suggest that you initiate those discussions within the next twenty (20) days so that they may be completed before the end of the 60-day notice period. We do not intend to delay the filing of a complaint in federal court if discussions are continuing when that period ends.

Sincerely,

____________________________________
Anthony M. Barnes
ATA Law Group
Counsel for California Sportfishing Protection Alliance

**SERVICE LIST**

***VIA CERTIFIED MAIL RETURN RECIEPT REQUESTED***

William Barr
U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530-0001

Mike Stoker
Regional Administrator
U.S. Environmental Protection Agency
Region IX
75 Hawthorne Street
San Francisco, California 94105

Andrew Wheeler
Administrator
U.S. Environmental Protection Agency
William Jefferson Clinton Building
1200 Pennsylvania Avenue, N.W.
Washington, D.C. 20460 (1101A)

Patrick Pulupa, Executive Officer
Central Valley Regional Water Quality Control Board
11020 Sun Center Drive, #200
Rancho Cordova, CA 95670-6114

Eileen Sobeck
Executive Director
State Water Resources Control Board
P.O. Box 100
Sacramento, California 95812-0100

Citizen Suit Coordinator
Environment and Natural Resources Division
Law and Policy Section
P.O. Box 7415
Ben Franklin Station
Washington, DC 20044-7415

Attachment A | Tracy Rain Data | Days with Precipitation
Weather Station: US1CASJ0014 | 1/6/2016 - 2/8/2020 | of at least .1 inch

| STATION | NAME | DATE | PRCP |
|---|---|---|---|
| US1CASJ0014 | TRACY 1.1 SSW, CA US | 1/6/2016 | 0.56 |
| US1CASJ0014 | TRACY 1.1 SSW, CA US | 1/16/2016 | 0.27 |
| US1CASJ0014 | TRACY 1.1 SSW, CA US | 1/18/2016 | 0.76 |
| US1CASJ0014 | TRACY 1.1 SSW, CA US | 1/19/2016 | 0.29 |
| US1CASJ0014 | TRACY 1.1 SSW, CA US | 1/20/2016 | 0.2 |
| US1CASJ0014 | TRACY 1.1 SSW, CA US | 1/23/2016 | 0.2 |
| US1CASJ0014 | TRACY 1.1 SSW, CA US | 1/30/2016 | 0.14 |
| US1CASJ0014 | TRACY 1.1 SSW, CA US | 2/18/2016 | 0.24 |
| US1CASJ0014 | TRACY 1.1 SSW, CA US | 3/5/2016 | 0.2 |
| US1CASJ0014 | TRACY 1.1 SSW, CA US | 3/6/2016 | 0.42 |
| US1CASJ0014 | TRACY 1.1 SSW, CA US | 3/7/2016 | 0.36 |
| US1CASJ0014 | TRACY 1.1 SSW, CA US | 3/8/2016 | 0.11 |
| US1CASJ0014 | TRACY 1.1 SSW, CA US | 3/14/2016 | 0.27 |
| US1CASJ0014 | TRACY 1.1 SSW, CA US | 4/9/2016 | 0.5 |
| US1CASJ0014 | TRACY 1.1 SSW, CA US | 4/10/2016 | 1.9 |
| US1CASJ0014 | TRACY 1.1 SSW, CA US | 5/7/2016 | 0.34 |
| US1CASJ0014 | TRACY 1.1 SSW, CA US | 10/15/2016 | 0.37 |
| US1CASJ0014 | TRACY 1.1 SSW, CA US | 10/17/2016 | 0.3 |
| US1CASJ0014 | TRACY 1.1 SSW, CA US | 10/28/2016 | 0.56 |
| US1CASJ0014 | TRACY 1.1 SSW, CA US | 10/29/2016 | 0.47 |
| US1CASJ0014 | TRACY 1.1 SSW, CA US | 11/20/2016 | 0.19 |
| US1CASJ0014 | TRACY 1.1 SSW, CA US | 11/21/2016 | 0.15 |
| US1CASJ0014 | TRACY 1.1 SSW, CA US | 11/27/2016 | 0.32 |
| US1CASJ0014 | TRACY 1.1 SSW, CA US | 12/8/2016 | 0.12 |
| US1CASJ0014 | TRACY 1.1 SSW, CA US | 12/11/2016 | 0.37 |
| US1CASJ0014 | TRACY 1.1 SSW, CA US | 12/16/2016 | 0.66 |
| US1CASJ0014 | TRACY 1.1 SSW, CA US | 12/24/2016 | 0.65 |
| US1CASJ0014 | TRACY 1.1 SSW, CA US | 1/3/2017 | 0.15 |
| US1CASJ0014 | TRACY 1.1 SSW, CA US | 1/4/2017 | 0.54 |
| US1CASJ0014 | TRACY 1.1 SSW, CA US | 1/5/2017 | 0.24 |
| US1CASJ0014 | TRACY 1.1 SSW, CA US | 1/7/2017 | 0.33 |
| US1CASJ0014 | TRACY 1.1 SSW, CA US | 1/8/2017 | 0.31 |
| US1CASJ0014 | TRACY 1.1 SSW, CA US | 1/9/2017 | 0.33 |
| US1CASJ0014 | TRACY 1.1 SSW, CA US | 1/10/2017 | 0.27 |
| US1CASJ0014 | TRACY 1.1 SSW, CA US | 1/11/2017 | 0.46 |
| US1CASJ0014 | TRACY 1.1 SSW, CA US | 1/19/2017 | 0.84 |
| US1CASJ0014 | TRACY 1.1 SSW, CA US | 1/20/2017 | 0.41 |
| US1CASJ0014 | TRACY 1.1 SSW, CA US | 1/21/2017 | 0.52 |
| US1CASJ0014 | TRACY 1.1 SSW, CA US | 1/22/2017 | 0.28 |
| US1CASJ0014 | TRACY 1.1 SSW, CA US | 1/23/2017 | 0.24 |
| US1CASJ0014 | TRACY 1.1 SSW, CA US | 2/6/2017 | 0.22 |
| US1CASJ0014 | TRACY 1.1 SSW, CA US | 2/7/2017 | 0.44 |
| US1CASJ0014 | TRACY 1.1 SSW, CA US | 2/8/2017 | 0.24 |
| US1CASJ0014 | TRACY 1.1 SSW, CA US | 2/10/2017 | 0.92 |
| US1CASJ0014 | TRACY 1.1 SSW, CA US | 2/18/2017 | 0.12 |
| US1CASJ0014 | TRACY 1.1 SSW, CA US | 2/20/2017 | 0.52 |

Attachment A
Weather Station: US1CASJ0014

Tracy Rain Data
1/6/2016 - 2/8/2020

Days with Precipitation of at least .1 inch

| STATION | NAME | DATE | PRCP |
|---|---|---|---|
| US1CASJ0014 | TRACY 1.1 SSW, CA US | 2/21/2017 | 0.92 |
| US1CASJ0014 | TRACY 1.1 SSW, CA US | 2/22/2017 | 0.3 |
| US1CASJ0014 | TRACY 1.1 SSW, CA US | 3/21/2017 | 0.2 |
| US1CASJ0014 | TRACY 1.1 SSW, CA US | 3/22/2017 | 0.28 |
| US1CASJ0014 | TRACY 1.1 SSW, CA US | 3/23/2017 | 0.13 |
| US1CASJ0014 | TRACY 1.1 SSW, CA US | 3/25/2017 | 0.22 |
| US1CASJ0014 | TRACY 1.1 SSW, CA US | 4/7/2017 | 0.18 |
| US1CASJ0014 | TRACY 1.1 SSW, CA US | 4/8/2017 | 0.13 |
| US1CASJ0014 | TRACY 1.1 SSW, CA US | 4/17/2017 | 0.17 |
| US1CASJ0014 | TRACY 1.1 SSW, CA US | 4/18/2017 | 0.28 |
| US1CASJ0014 | TRACY 1.1 SSW, CA US | 11/17/2017 | 0.6 |
| US1CASJ0014 | TRACY 1.1 SSW, CA US | 11/27/2017 | 0.12 |
| US1CASJ0014 | TRACY 1.1 SSW, CA US | 1/4/2018 | 0.32 |
| US1CASJ0014 | TRACY 1.1 SSW, CA US | 1/6/2018 | 0.29 |
| US1CASJ0014 | TRACY 1.1 SSW, CA US | 1/9/2018 | 1.36 |
| US1CASJ0014 | TRACY 1.1 SSW, CA US | 1/10/2018 | 0.29 |
| US1CASJ0014 | TRACY 1.1 SSW, CA US | 2/27/2018 | 0.45 |
| US1CASJ0014 | TRACY 1.1 SSW, CA US | 3/2/2018 | 0.27 |
| US1CASJ0014 | TRACY 1.1 SSW, CA US | 3/4/2018 | 0.32 |
| US1CASJ0014 | TRACY 1.1 SSW, CA US | 3/15/2018 | 0.13 |
| US1CASJ0014 | TRACY 1.1 SSW, CA US | 3/18/2018 | 0.11 |
| US1CASJ0014 | TRACY 1.1 SSW, CA US | 3/21/2018 | 0.2 |
| US1CASJ0014 | TRACY 1.1 SSW, CA US | 3/23/2018 | 0.11 |
| US1CASJ0014 | TRACY 1.1 SSW, CA US | 4/6/2018 | 0.21 |
| US1CASJ0014 | TRACY 1.1 SSW, CA US | 4/7/2018 | 1.02 |
| US1CASJ0014 | TRACY 1.1 SSW, CA US | 10/3/2018 | 0.11 |
| US1CASJ0014 | TRACY 1.1 SSW, CA US | 10/4/2018 | 0.43 |
| US1CASJ0014 | TRACY 1.1 SSW, CA US | 11/22/2018 | 0.61 |
| US1CASJ0014 | TRACY 1.1 SSW, CA US | 11/24/2018 | 0.18 |
| US1CASJ0014 | TRACY 1.1 SSW, CA US | 11/29/2018 | 0.18 |
| US1CASJ0014 | TRACY 1.1 SSW, CA US | 11/30/2018 | 0.31 |
| US1CASJ0014 | TRACY 1.1 SSW, CA US | 12/2/2018 | 0.25 |
| US1CASJ0014 | TRACY 1.1 SSW, CA US | 12/5/2018 | 0.19 |
| US1CASJ0014 | TRACY 1.1 SSW, CA US | 12/17/2018 | 0.89 |
| US1CASJ0014 | TRACY 1.1 SSW, CA US | 12/25/2018 | 0.33 |
| US1CASJ0014 | TRACY 1.1 SSW, CA US | 1/6/2019 | 0.12 |
| US1CASJ0014 | TRACY 1.1 SSW, CA US | 1/7/2019 | 0.34 |
| US1CASJ0014 | TRACY 1.1 SSW, CA US | 1/17/2019 | 0.77 |
| US1CASJ0014 | TRACY 1.1 SSW, CA US | 1/21/2019 | 0.16 |
| US1CASJ0014 | TRACY 1.1 SSW, CA US | 2/2/2019 | 0.35 |
| US1CASJ0014 | TRACY 1.1 SSW, CA US | 2/3/2019 | 0.12 |
| US1CASJ0014 | TRACY 1.1 SSW, CA US | 2/4/2019 | 0.52 |
| US1CASJ0014 | TRACY 1.1 SSW, CA US | 2/5/2019 | 0.23 |
| US1CASJ0014 | TRACY 1.1 SSW, CA US | 2/9/2019 | 0.3 |
| US1CASJ0014 | TRACY 1.1 SSW, CA US | 2/10/2019 | 0.34 |
| US1CASJ0014 | TRACY 1.1 SSW, CA US | 2/13/2019 | 0.13 |

Attachment A | Tracy Rain Data | Days with Precipitation
Weather Station: US1CASJ0014 | 1/6/2016 - 2/8/2020 | of at least .1 inch

| STATION | NAME | DATE | PRCP |
|---|---|---|---|
| US1CASJ0014 | TRACY 1.1 SSW, CA US | 2/14/2019 | 0.22 |
| US1CASJ0014 | TRACY 1.1 SSW, CA US | 2/15/2019 | 0.12 |
| US1CASJ0014 | TRACY 1.1 SSW, CA US | 2/17/2019 | 0.13 |
| US1CASJ0014 | TRACY 1.1 SSW, CA US | 2/27/2019 | 0.19 |
| US1CASJ0014 | TRACY 1.1 SSW, CA US | 3/2/2019 | 0.45 |
| US1CASJ0014 | TRACY 1.1 SSW, CA US | 3/3/2019 | 0.25 |
| US1CASJ0014 | TRACY 1.1 SSW, CA US | 3/6/2019 | 0.16 |
| US1CASJ0014 | TRACY 1.1 SSW, CA US | 3/8/2019 | 0.15 |
| US1CASJ0014 | TRACY 1.1 SSW, CA US | 3/20/2019 | 0.15 |
| US1CASJ0014 | TRACY 1.1 SSW, CA US | 3/21/2019 | 0.15 |
| US1CASJ0014 | TRACY 1.1 SSW, CA US | 3/23/2019 | 0.58 |
| US1CASJ0014 | TRACY 1.1 SSW, CA US | 3/26/2019 | 0.29 |
| US1CASJ0014 | TRACY 1.1 SSW, CA US | 3/29/2019 | 0.12 |
| US1CASJ0014 | TRACY 1.1 SSW, CA US | 4/16/2019 | 0.13 |
| US1CASJ0014 | TRACY 1.1 SSW, CA US | 5/16/2019 | 0.34 |
| US1CASJ0014 | TRACY 1.1 SSW, CA US | 5/19/2019 | 0.41 |
| US1CASJ0014 | TRACY 1.1 SSW, CA US | 5/20/2019 | 0.19 |
| US1CASJ0014 | TRACY 1.1 SSW, CA US | 9/17/2019 | 0.13 |
| US1CASJ0014 | TRACY 1.1 SSW, CA US | 11/27/2019 | 0.55 |
| US1CASJ0014 | TRACY 1.1 SSW, CA US | 12/1/2019 | 0.13 |
| US1CASJ0014 | TRACY 1.1 SSW, CA US | 12/2/2019 | 0.3 |
| US1CASJ0014 | TRACY 1.1 SSW, CA US | 12/3/2019 | 0.4 |
| US1CASJ0014 | TRACY 1.1 SSW, CA US | 12/4/2019 | 0.34 |
| US1CASJ0014 | TRACY 1.1 SSW, CA US | 12/5/2019 | 0.19 |
| US1CASJ0014 | TRACY 1.1 SSW, CA US | 12/8/2019 | 0.29 |
| US1CASJ0014 | TRACY 1.1 SSW, CA US | 12/12/2019 | 0.13 |
| US1CASJ0014 | TRACY 1.1 SSW, CA US | 12/23/2019 | 0.15 |
| US1CASJ0014 | TRACY 1.1 SSW, CA US | 12/30/2019 | 0.17 |
| US1CASJ0014 | TRACY 1.1 SSW, CA US | 1/9/2020 | 0.24 |
| US1CASJ0014 | TRACY 1.1 SSW, CA US | 1/17/2020 | 0.4 |
| US1CASJ0014 | TRACY 1.1 SSW, CA US | 1/26/2020 | 0.11 |

Attachment A
Weather Station: USC00049001

Tracy Rain Data
2/10/2015 - 2/8/2020

Days with Precipitation
of at least .1 inch

| STATION | NAME | DATE | PRCP |
|---|---|---|---|
| USC00049001 | TRACY PUMPING PLANT, CA US | 3/11/2015 | 0.25 |
| USC00049001 | TRACY PUMPING PLANT, CA US | 4/7/2015 | 0.34 |
| USC00049001 | TRACY PUMPING PLANT, CA US | 4/25/2015 | 0.14 |
| USC00049001 | TRACY PUMPING PLANT, CA US | 5/14/2015 | 0.21 |
| USC00049001 | TRACY PUMPING PLANT, CA US | 5/15/2015 | 0.3 |
| USC00049001 | TRACY PUMPING PLANT, CA US | 6/10/2015 | 0.15 |
| USC00049001 | TRACY PUMPING PLANT, CA US | 10/2/2015 | 0.11 |
| USC00049001 | TRACY PUMPING PLANT, CA US | 11/2/2015 | 1.03 |
| USC00049001 | TRACY PUMPING PLANT, CA US | 11/3/2015 | 0.32 |
| USC00049001 | TRACY PUMPING PLANT, CA US | 11/9/2015 | 0.3 |
| USC00049001 | TRACY PUMPING PLANT, CA US | 11/15/2015 | 0.14 |
| USC00049001 | TRACY PUMPING PLANT, CA US | 11/24/2015 | 0.14 |
| USC00049001 | TRACY PUMPING PLANT, CA US | 12/3/2015 | 0.11 |
| USC00049001 | TRACY PUMPING PLANT, CA US | 12/10/2015 | 0.14 |
| USC00049001 | TRACY PUMPING PLANT, CA US | 12/11/2015 | 0.22 |
| USC00049001 | TRACY PUMPING PLANT, CA US | 12/13/2015 | 0.3 |
| USC00049001 | TRACY PUMPING PLANT, CA US | 12/21/2015 | 0.15 |
| USC00049001 | TRACY PUMPING PLANT, CA US | 12/22/2015 | 0.18 |
| USC00049001 | TRACY PUMPING PLANT, CA US | 12/24/2015 | 0.26 |
| USC00049001 | TRACY PUMPING PLANT, CA US | 12/28/2015 | 0.4 |
| USC00049001 | TRACY PUMPING PLANT, CA US | 1/4/2016 | 0.28 |
| USC00049001 | TRACY PUMPING PLANT, CA US | 1/5/2016 | 0.58 |
| USC00049001 | TRACY PUMPING PLANT, CA US | 1/6/2016 | 0.28 |
| USC00049001 | TRACY PUMPING PLANT, CA US | 1/16/2016 | 0.33 |
| USC00049001 | TRACY PUMPING PLANT, CA US | 1/18/2016 | 0.92 |
| USC00049001 | TRACY PUMPING PLANT, CA US | 1/19/2016 | 1.13 |
| USC00049001 | TRACY PUMPING PLANT, CA US | 1/22/2016 | 0.32 |
| USC00049001 | TRACY PUMPING PLANT, CA US | 1/23/2016 | 0.13 |
| USC00049001 | TRACY PUMPING PLANT, CA US | 2/18/2016 | 0.48 |
| USC00049001 | TRACY PUMPING PLANT, CA US | 3/4/2016 | 0.19 |
| USC00049001 | TRACY PUMPING PLANT, CA US | 3/5/2016 | 0.17 |
| USC00049001 | TRACY PUMPING PLANT, CA US | 3/6/2016 | 0.56 |
| USC00049001 | TRACY PUMPING PLANT, CA US | 3/7/2016 | 0.55 |
| USC00049001 | TRACY PUMPING PLANT, CA US | 3/13/2016 | 0.44 |
| USC00049001 | TRACY PUMPING PLANT, CA US | 3/14/2016 | 0.42 |
| USC00049001 | TRACY PUMPING PLANT, CA US | 4/9/2016 | 0.57 |
| USC00049001 | TRACY PUMPING PLANT, CA US | 4/10/2016 | 0.62 |
| USC00049001 | TRACY PUMPING PLANT, CA US | 4/22/2016 | 0.17 |
| USC00049001 | TRACY PUMPING PLANT, CA US | 5/6/2016 | 0.23 |
| USC00049001 | TRACY PUMPING PLANT, CA US | 10/16/2016 | 1.52 |
| USC00049001 | TRACY PUMPING PLANT, CA US | 10/27/2016 | 0.16 |
| USC00049001 | TRACY PUMPING PLANT, CA US | 10/28/2016 | 0.85 |
| USC00049001 | TRACY PUMPING PLANT, CA US | 11/20/2016 | 0.31 |
| USC00049001 | TRACY PUMPING PLANT, CA US | 11/21/2016 | 0.11 |
| USC00049001 | TRACY PUMPING PLANT, CA US | 11/27/2016 | 0.15 |
| USC00049001 | TRACY PUMPING PLANT, CA US | 12/8/2016 | 0.3 |

Attachment A | Tracy Rain Data | Days with Precipitation

Weather Station: USC00049001 | 2/10/2015 - 2/8/2020 | of at least .1 inch

| STATION | NAME | DATE | PRCP |
|---|---|---|---|
| USC00049001 | TRACY PUMPING PLANT, CA US | 12/10/2016 | 0.18 |
| USC00049001 | TRACY PUMPING PLANT, CA US | 12/15/2016 | 0.24 |
| USC00049001 | TRACY PUMPING PLANT, CA US | 12/16/2016 | 0.58 |
| USC00049001 | TRACY PUMPING PLANT, CA US | 12/23/2016 | 0.6 |
| USC00049001 | TRACY PUMPING PLANT, CA US | 1/3/2017 | 0.25 |
| USC00049001 | TRACY PUMPING PLANT, CA US | 1/4/2017 | 0.79 |
| USC00049001 | TRACY PUMPING PLANT, CA US | 1/5/2017 | 0.34 |
| USC00049001 | TRACY PUMPING PLANT, CA US | 1/7/2017 | 0.36 |
| USC00049001 | TRACY PUMPING PLANT, CA US | 1/8/2017 | 0.68 |
| USC00049001 | TRACY PUMPING PLANT, CA US | 1/9/2017 | 0.23 |
| USC00049001 | TRACY PUMPING PLANT, CA US | 1/10/2017 | 0.69 |
| USC00049001 | TRACY PUMPING PLANT, CA US | 1/11/2017 | 0.48 |
| USC00049001 | TRACY PUMPING PLANT, CA US | 1/18/2017 | 0.46 |
| USC00049001 | TRACY PUMPING PLANT, CA US | 1/19/2017 | 0.48 |
| USC00049001 | TRACY PUMPING PLANT, CA US | 1/20/2017 | 0.75 |
| USC00049001 | TRACY PUMPING PLANT, CA US | 1/21/2017 | 0.24 |
| USC00049001 | TRACY PUMPING PLANT, CA US | 1/22/2017 | 0.43 |
| USC00049001 | TRACY PUMPING PLANT, CA US | 1/23/2017 | 0.25 |
| USC00049001 | TRACY PUMPING PLANT, CA US | 2/6/2017 | 0.35 |
| USC00049001 | TRACY PUMPING PLANT, CA US | 2/7/2017 | 0.73 |
| USC00049001 | TRACY PUMPING PLANT, CA US | 2/8/2017 | 0.28 |
| USC00049001 | TRACY PUMPING PLANT, CA US | 2/9/2017 | 0.29 |
| USC00049001 | TRACY PUMPING PLANT, CA US | 2/10/2017 | 0.72 |
| USC00049001 | TRACY PUMPING PLANT, CA US | 2/17/2017 | 0.11 |
| USC00049001 | TRACY PUMPING PLANT, CA US | 2/18/2017 | 0.26 |
| USC00049001 | TRACY PUMPING PLANT, CA US | 2/20/2017 | 1.13 |
| USC00049001 | TRACY PUMPING PLANT, CA US | 2/21/2017 | 0.97 |
| USC00049001 | TRACY PUMPING PLANT, CA US | 2/22/2017 | 0.15 |
| USC00049001 | TRACY PUMPING PLANT, CA US | 3/5/2017 | 0.41 |
| USC00049001 | TRACY PUMPING PLANT, CA US | 3/21/2017 | 0.33 |
| USC00049001 | TRACY PUMPING PLANT, CA US | 3/22/2017 | 0.44 |
| USC00049001 | TRACY PUMPING PLANT, CA US | 3/24/2017 | 0.15 |
| USC00049001 | TRACY PUMPING PLANT, CA US | 3/25/2017 | 0.15 |
| USC00049001 | TRACY PUMPING PLANT, CA US | 4/7/2017 | 0.48 |
| USC00049001 | TRACY PUMPING PLANT, CA US | 4/8/2017 | 0.29 |
| USC00049001 | TRACY PUMPING PLANT, CA US | 4/16/2017 | 0.18 |
| USC00049001 | TRACY PUMPING PLANT, CA US | 4/17/2017 | 0.16 |
| USC00049001 | TRACY PUMPING PLANT, CA US | 4/18/2017 | 0.57 |
| USC00049001 | TRACY PUMPING PLANT, CA US | 11/16/2017 | 0.72 |
| USC00049001 | TRACY PUMPING PLANT, CA US | 11/27/2017 | 0.15 |
| USC00049001 | TRACY PUMPING PLANT, CA US | 1/4/2018 | 0.44 |
| USC00049001 | TRACY PUMPING PLANT, CA US | 1/8/2018 | 0.88 |
| USC00049001 | TRACY PUMPING PLANT, CA US | 1/9/2018 | 1.14 |
| USC00049001 | TRACY PUMPING PLANT, CA US | 1/25/2018 | 0.2 |
| USC00049001 | TRACY PUMPING PLANT, CA US | 2/26/2018 | 0.11 |
| USC00049001 | TRACY PUMPING PLANT, CA US | 2/27/2018 | 0.41 |

Attachment A
Weather Station: USC00049001

Tracy Rain Data
2/10/2015 - 2/8/2020

Days with Precipitation
of at least .1 inch

| STATION | NAME | DATE | PRCP |
|---|---|---|---|
| USC00049001 | TRACY PUMPING PLANT, CA US | 3/1/2018 | 0.6 |
| USC00049001 | TRACY PUMPING PLANT, CA US | 3/2/2018 | 0.2 |
| USC00049001 | TRACY PUMPING PLANT, CA US | 3/3/2018 | 0.11 |
| USC00049001 | TRACY PUMPING PLANT, CA US | 3/14/2018 | 0.21 |
| USC00049001 | TRACY PUMPING PLANT, CA US | 3/17/2018 | 0.19 |
| USC00049001 | TRACY PUMPING PLANT, CA US | 3/20/2018 | 0.21 |
| USC00049001 | TRACY PUMPING PLANT, CA US | 3/22/2018 | 0.36 |
| USC00049001 | TRACY PUMPING PLANT, CA US | 4/6/2018 | 0.58 |
| USC00049001 | TRACY PUMPING PLANT, CA US | 4/7/2018 | 0.63 |
| USC00049001 | TRACY PUMPING PLANT, CA US | 4/16/2018 | 0.17 |
| USC00049001 | TRACY PUMPING PLANT, CA US | 4/17/2018 | 0.17 |
| USC00049001 | TRACY PUMPING PLANT, CA US | 10/4/2018 | 0.22 |
| USC00049001 | TRACY PUMPING PLANT, CA US | 11/21/2018 | 0.52 |
| USC00049001 | TRACY PUMPING PLANT, CA US | 11/22/2018 | 0.41 |
| USC00049001 | TRACY PUMPING PLANT, CA US | 11/23/2018 | 0.2 |
| USC00049001 | TRACY PUMPING PLANT, CA US | 11/24/2018 | 0.12 |
| USC00049001 | TRACY PUMPING PLANT, CA US | 11/29/2018 | 0.58 |
| USC00049001 | TRACY PUMPING PLANT, CA US | 12/1/2018 | 0.42 |
| USC00049001 | TRACY PUMPING PLANT, CA US | 12/5/2018 | 0.25 |
| USC00049001 | TRACY PUMPING PLANT, CA US | 12/16/2018 | 0.24 |
| USC00049001 | TRACY PUMPING PLANT, CA US | 12/17/2018 | 0.61 |
| USC00049001 | TRACY PUMPING PLANT, CA US | 12/25/2018 | 0.47 |
| USC00049001 | TRACY PUMPING PLANT, CA US | 1/6/2019 | 0.38 |
| USC00049001 | TRACY PUMPING PLANT, CA US | 1/7/2019 | 0.43 |
| USC00049001 | TRACY PUMPING PLANT, CA US | 1/15/2019 | 0.14 |
| USC00049001 | TRACY PUMPING PLANT, CA US | 1/16/2019 | 0.14 |
| USC00049001 | TRACY PUMPING PLANT, CA US | 1/17/2019 | 0.79 |
| USC00049001 | TRACY PUMPING PLANT, CA US | 2/2/2019 | 0.56 |
| USC00049001 | TRACY PUMPING PLANT, CA US | 2/4/2019 | 0.6 |
| USC00049001 | TRACY PUMPING PLANT, CA US | 2/5/2019 | 0.14 |
| USC00049001 | TRACY PUMPING PLANT, CA US | 2/9/2019 | 0.26 |
| USC00049001 | TRACY PUMPING PLANT, CA US | 2/10/2019 | 0.63 |
| USC00049001 | TRACY PUMPING PLANT, CA US | 2/13/2019 | 0.95 |
| USC00049001 | TRACY PUMPING PLANT, CA US | 2/14/2019 | 0.43 |
| USC00049001 | TRACY PUMPING PLANT, CA US | 2/15/2019 | 0.16 |
| USC00049001 | TRACY PUMPING PLANT, CA US | 2/26/2019 | 0.14 |
| USC00049001 | TRACY PUMPING PLANT, CA US | 2/27/2019 | 0.28 |
| USC00049001 | TRACY PUMPING PLANT, CA US | 3/2/2019 | 0.4 |
| USC00049001 | TRACY PUMPING PLANT, CA US | 3/6/2019 | 0.3 |
| USC00049001 | TRACY PUMPING PLANT, CA US | 3/20/2019 | 0.22 |
| USC00049001 | TRACY PUMPING PLANT, CA US | 3/23/2019 | 0.34 |
| USC00049001 | TRACY PUMPING PLANT, CA US | 3/26/2019 | 0.26 |
| USC00049001 | TRACY PUMPING PLANT, CA US | 3/27/2019 | 0.11 |
| USC00049001 | TRACY PUMPING PLANT, CA US | 5/16/2019 | 0.32 |
| USC00049001 | TRACY PUMPING PLANT, CA US | 5/18/2019 | 0.23 |
| USC00049001 | TRACY PUMPING PLANT, CA US | 5/19/2019 | 0.44 |

Attachment A
Weather Station: USC00049001

Tracy Rain Data
2/10/2015 - 2/8/2020

Days with Precipitation
of at least .1 inch

| STATION | NAME | DATE | PRCP |
|---|---|---|---|
| USC00049001 | TRACY PUMPING PLANT, CA US | 5/24/2019 | 0.15 |
| USC00049001 | TRACY PUMPING PLANT, CA US | 11/27/2019 | 0.56 |
| USC00049001 | TRACY PUMPING PLANT, CA US | 12/1/2019 | 0.26 |
| USC00049001 | TRACY PUMPING PLANT, CA US | 12/2/2019 | 0.7 |
| USC00049001 | TRACY PUMPING PLANT, CA US | 12/4/2019 | 0.57 |
| USC00049001 | TRACY PUMPING PLANT, CA US | 12/8/2019 | 0.68 |
| USC00049001 | TRACY PUMPING PLANT, CA US | 12/11/2019 | 0.18 |
| USC00049001 | TRACY PUMPING PLANT, CA US | 12/12/2019 | 0.11 |
| USC00049001 | TRACY PUMPING PLANT, CA US | 12/22/2019 | 0.3 |
| USC00049001 | TRACY PUMPING PLANT, CA US | 12/29/2019 | 0.14 |
| USC00049001 | TRACY PUMPING PLANT, CA US | 1/9/2020 | 0.48 |
| USC00049001 | TRACY PUMPING PLANT, CA US | 1/16/2020 | 0.33 |