Gary J. Smith (State Bar No. 141393)
(GSmith@bdlaw.com)
BEVERIDGE & DIAMOND, P.C.
456 Montgomery Street, Suite 1800
San Francisco, CA 94104-1251
Telephone: (415) 262-4000
Facsimile: (415) 262-4040

Attorneys for Defendant
McLane Foodservice, Inc., a Texas corporation

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MCLANE FOODSERVICE, INC., a Texas corporation,<br><br>Defendant. | Case: 2:20-cv-01111-KJM-EFB<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE AND ASSOCIATED DEADLINES, AND DEADLINE FOR ANSWER; ORDER**<br><br>Complaint Filed: June 2, 2020<br><br>Honorable Kimberly J. Mueller |

WHEREAS, on June 2, 2020, Plaintiff filed the Complaint in the above-entitled action (Dkt. No. 1);

WHEREAS, on June 2, 2020, the Court set the initial Status Conference in this matter for October 8, 2020 at 2:30 p.m. (Dkt. No. 3);

WHEREAS, the Court's June 2, 2020 Order requires that the parties meet and confer at least 21 calendar days before the Status Conference is held pursuant to Federal Rules of Civil Procedure 26 and Local Rule 240(b), or by September 17, 2020 (Dkt. No. 3);

-1-

1  WHEREAS, the Court's June 2, 2020 Order also requires that the parties submit a Joint Status Report that includes the Rule 26(f) discovery plan at least seven days before the Status Conference is held, or by September 24, 2020 (Dkt. No. 3);

WHEREAS, on August 10, 2020, the parties stipulated to an extension of time for Defendant to file a response to the Complaint pursuant to Local Rule 144(a) (Dkt. No. 7);

WHEREAS, Defendant's current deadline to file a response to the Complaint is September 4, 2020;

WHEREAS, the parties have been engaging in good faith settlement negotiations since the commencement of this action in June and continue to engage in such discussions through today's date;

WHEREAS, the parties believe that they are close to reaching an agreement in principle on the non-monetary terms of a settlement in this action, and anticipate reaching a final settlement on all terms by October of this year;

WHERAS, the parties desire to continue informal negotiations in good faith with the goal of reaching a final settlement in the coming months, and the parties desire to focus their resources on such negotiations in lieu of expending resources on upcoming filings and pre-trial proceedings;

WHEREAS, in order to encourage a global resolution of this matter, allow additional time for the parties to reach a settlement and to preserve the resources of the Court, the parties desire to continue the Status Conference and associated deadlines referenced above, as well as Defendant's deadline to respond to the Complaint;

WHEREAS, there have been no previous requests for extensions of time filed in the action which require Court approval;

**NOW THEREFORE, THE PARTIES STIPULATE AS FOLLOWS:**

1. Defendant's deadline to file a response to the Complaint shall be continued for 45 days, or until October 19, 2020;

2. The Status Conference shall be continued until November 23, 2020 at 2:30 p.m., or until such later date that is convenient for the Court;

3. The parties shall meet and confer as contemplated by Federal Rule of Civil Procedure 26 and Local Rule 240(b) at least 21 days before the date of the continued Status Conference; and

-2-
STIPULATION TO CONTINUE STATUS CONFERENCE AND ASSOCIATED DEADLINES, AND DEADLINE FOR ANSWER; CASE NO. 2:20-CV-01111-KJM-EFB

4. The parties shall submit a Joint Status Report, including the Rule 26(f) discovery plan, at least seven days before the date of the continued Status Conference.

**WHEREFORE**, the parties respectfully request that the Court approve and enter the Proposed Order below.

This document is being electronically filed through the Court's ECF System.  In this regard, counsel for Defendant hereby attest that (1) the content of this document is acceptable to all persons required to sign the document; (2) Plaintiff's counsel has concurred with the filing of this document.

Respectfully submitted,

DATED:  August 31, 2020        BEVERIDGE & DIAMOND, P.C.


By: /s/ Gary J. Smith
    Gary J. Smith

    Attorney for Defendant
    MCLANE FOODSERVICE, INC.,
    a Texas corporation


DATED:  August 31, 2020        AQUA TERRA AERIS LAW GROUP LLP

By: /s/ Anthony M. Barnes
    Anthony M. Barnes
    Jason R. Flanders

    Attorneys for Plaintiff
    CALIFORNIA SPORTFISHING PROTECTION
    ALLIANCE

# ORDER

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that:

1. Defendant's deadline to file a response to the Complaint shall be continued for 45 days, or until October 19, 2020;
2. The Status Conference shall be continued until **December 3, 2020 at 2:30** p.m.;
3. The parties shall meet and confer as contemplated by Federal Rule of Civil Procedure 26 and Local Rule 240(b) at least 21 days before the date of the continued Status Conference; and
4. The parties shall submit a Joint Status Report, including the Rule 26(f) discovery plan, **at least 14 days before the date of the continued Status Conference**.

**IT IS SO ORDERED**.

DATE: September 4, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE

## PROOF OF SERVICE

I, the undersigned, declare that I am a citizen of the United States and employed in the City and County of San Francisco. I am over the age of 18 years and not a party to this action. My business address is Beveridge & Diamond, P.C., 456 Montgomery Street, Suite 1800, San Francisco, CA 94104-1251 and my electronic notification address is ACruz@bdlaw.com.

I hereby certify that on August 31, 2020, I electronically filed the foregoing **STIPULATION TO CONTINUE STATUS CONFERENCE AND ASSOCIATED DEADLINES, AND DEADLINE FOR ANSWER; [PROPOSED] ORDER** with the Clerk of the Court for the United States District Court – Eastern District of California by using the CM/ECF efiling system and a true and correct copy of the foregoing document was served electronically via the Court's e-filing system to Counsel of Record registered with CM/EFC.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on August 31, 2020, at San Francisco, CA.

By: _____
        Adela C. Cruz