Anthony Barnes (Bar No. 199048)
Jason Flanders (Bar No. 238007)
Email: amb@atalawgroup.com
AQUA TERRA AERIS LAW GROUP LLP
4030 Martin Luther King Jr. Way
Oakland, CA 94609
Phone: (917) 371-8293

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>MCLANE FOODSERVICE, INC., a Texas corporation,<br><br>Defendant. | Case No. 2:20-cv-01111-KJM-EFB<br><br>**NOTICE OF TENTATIVE SETTLEMENT; REQUEST FOR RELIEF FROM LOCAL RULE 160(b)**<br><br>**Judge: Hon. Kimberly J. Mueller** |

PLEASE TAKE NOTICE that the parties have reached a tentative settlement in this proceeding. Their agreement is reflected in the proposed Consent Decree attached to this notice as "Exhibit A," a copy of which has been sent to the United States Department of Justice ("DOJ") and the United States Environmental Protection Agency ("EPA") for a 45-day review period as required under Section 135.5 of Title 40 of the Code of Federal Regulations. Plaintiff will provide the Court with the written notice of commencement of the 45-day review period once Plaintiff receives that notice from DOJ. At the end of the 45-day review period, Plaintiff will notify the Court of any objections received from the reviewing agencies and will submit the proposed Consent Decree for consideration and approval by this Court.

Thus, the parties seek relief from Local Rule 160(b) so that the reviewing agencies may complete their review during the mandatory 45-day review period:

RULE 160 (Fed. R. Civ. P. 16) NOTICE OF SETTLEMENT OR OTHER DISPOSITION

(a) Notice. When an action has been settled or otherwise resolved by agreement of the parties, or when any motion seeking general or interim relief has been resolved by agreement outside of Court, and whether the action is pending in the District Court or is before an appellate court, it is the duty of counsel to immediately file a notice of settlement or resolution. See L.R. 272.

(b) Dispositional Documents. Upon such notification of disposition or resolution of an action or motion, the Court shall fix a date upon which the documents disposing of the action or motion must be filed, which date shall not be more than twenty-one (21) days from the date of said notification, absent good cause. The Court may, on good cause shown, extend the time for filing the dispositional papers. A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions. See L.R. 272.

The Parties hereby respectfully request relief from Local Rule 160(b) and further request that the Court vacate all dates currently on calendar.

Should the Court require any additional information, plaintiff's counsel will be pleased to provide it upon request.

DATED: October 5, 2020                    AQUA TERRA AERIS LAW GROUP LLP


                                          By: /s/ *Anthony Barnes*
                                             ANTHONY BARNES
                                             Attorneys for Plaintiff
                                             CALIFORNIA SPORTFISHING PROTECTION
                                             ALLIANCE


DATED: October 5, 2020                    BEVERIDGE & DIAMOND PC


                                          By: /s/ *Gary Smith*
                                             GARY J. SMITH
                                             Attorneys for Defendant
                                             McLane Foodservice, Inc.